UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOAN GURASICH,                      No. C-14-02911 DMR

        Plaintiff(s),            **ORDER RE: MOTION TO DISMISS [DOCKET NO. 18]**

   v.

IBM RETIREMENT PLAN, ET AL.,

        Defendant(s).

_____/

    Before the court is a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) filed by Defendants. [Docket No. 18.] The court has reviewed the motion papers and determines that the matter is appropriate for resolution without oral argument pursuant to Civil Local Rule 7-1(b). Accordingly, the October 9, 2014 hearing on the matter is **vacated**. The court will issue a written order on the motion.

    The Case Management Conference previously scheduled for October 9, 2014 has been **continued** to **November 12, 2014 at 1:30 p.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612. The Case Management Statement is due no later than **November 5, 2014.**

    IT IS SO ORDERED.

Dated: October 2, 2014

                                               _____
                                               DONNA M. RYU
                                               United States Magistrate Judge

**United States District Court**
For the Northern District of California