KATHRYN C. CURRY (SBN 157099)
TRACY M. TIERNEY (SBN 200537)
GCA LAW PARTNERS LLP
2570 W. El Camino Real, Ste. 510
Mountain View, CA  94040
Telephone:   (650) 428-3900
Facsimile:    (650) 428-3901
Email:          kcurry@gcalaw.com
                    ttierney@gcalaw.com

Attorneys for Plaintiff
JOAN GURASICH

Mitchell F. Boomer (State Bar No. 121441)
Alka Ramchandani (State Bar No. 262172)
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, CA  94111-4615
Telephone:  (415) 394-9400
Facsimile:  (415) 394-9401
E-mail:  BoomerM@jacksonlewis.com
             Alka.Ramchandani@jacksonlewis.com

Attorneys for Defendants
IBM RETIREMENT PLAN and
INTERNATIONAL BUSINESS
MACHINES CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOAN GURASICH,<br><br>        Plaintiff,<br><br>   v.<br><br>IBM RETIREMENT PLAN;<br>INTERNATIONAL BUSINESS<br>MACHINES CORPORATION,<br><br>        Defendants. | CASE NO.  4:14-cv-02911-DMR<br><br>**STIPULATION REGARDING APPLICABLE STANDARD OF REVIEW; [PROPOSED] ORDER**<br><br>Complaint Filed:  June 24, 2014 |

WHEREAS, this action is governed by the Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1001 et seq. ("ERISA");

///

- 1 -

**STIPULATION AND ORDER REGARDING APPLICABLE STANDARD OF REVIEW – CASE 4:14-CV-02911 DM**

1  WHEREAS, the Civil Conference Minute Order dated November 11, 2014, provides that
2  Motions regarding the Applicable Standard of Review are to be filed by April 30, 2015;

3  WHEREAS, the parties have met and conferred and agreed to the applicable standards of
4  review to be applied to Plaintiff's four causes of action;

5  IT IS HEREBY STIPULATED BY AND THROUGH THE PARTIES' RESPECTIVE
6  COUNSEL OF RECORD THAT:

7  1.  The applicable standard of review to be applied by the Court with respect to
8  Plaintiff's First Cause of Action for Recovery of Pension Plan Benefits is an abuse of discretion.

9  2.  The applicable standard of review to be applied by the Court with respect to
10 Plaintiff's Second Cause of Action for Breach of Fiduciary Duties, Third Cause of Action for
11 Equitable Relief, and Fourth Cause of Action Failure to Provide Plan Documents is *de novo*.

12 Dated: April 30, 2015                                    GCA LAW PARTNERS LLP

14                                                         By: /s/ Kathryn C. Curry*
                                                               KATHRYN C. CURRY
15                                                             TRACY M. TIERNEY
                                                               Attorneys for Plaintiff
16                                                             JOAN GURASICH

17                                                         *Counsel for Plaintiff, Kathryn C. Curry,
                                                           authorized submission of her e-signature on
18                                                         this document in writing, by e-mail dated
                                                           4/28/2015; 3:08 p.m.
19

20 Dated: April 30, 2015                                    JACKSON LEWIS P.C.
21

22                                                         By:  /s/ Alka Ramchandani
                                                               Mitchell F. Boomer
23                                                             Alka Ramchandani
                                                               Attorneys for Defendants
24                                                             IBM RETIREMENT PLAN and
                                                               INTERNATIONAL BUSINESS
25                                                             MACHINES CORPORATION

26 ///
27 ///
28 ///

## ORDER

Pursuant to the stipulation of the parties,

The applicable standard of review to be applied by the Court with respect to Plaintiff's First Cause of Action for Recovery of Pension Plan Benefits is an abuse of discretion.

The applicable standard of review to be applied by the Court with respect to Plaintiff's Second Cause of Action for Breach of Fiduciary Duties, Third Cause of Action for Equitable Relief, and Fourth Cause of Action Failure to Provide Plan Documents is *de novo*.

**IT IS SO ORDERED.**

Dated: April __30__, 2015

_____
HON. DONNA M. RYU
United States Magistrate Judge

4829-8318-9539, v. 1