UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAN GURASICH,<br><br>            Plaintiff,<br><br>     v.<br><br>IBM RETIREMENT PLAN, et al.,<br><br>            Defendants. | Case No.  14-cv-02911-DMR<br><br>**ORDER RE PROPOSED JUDGMENT**<br><br>Re: Dkt. No. 60 |

Plaintiff is directed to submit a proposed judgment and order consistent with the court's Order on Defendants' Motion for Summary Judgment and Plaintiff's Motion for Summary Judgment [Docket No. 60] by noon on February 5, 2016.

**IT IS SO ORDERED.**

Dated: February 1, 2016

Donna M. Ryu
United States Magistrate Judge