KATHRYN C. CURRY (SBN 157099)
TRACY M. TIERNEY (SBN 200537)
GCA LAW PARTNERS LLP
2570 W. El Camino Real, Ste 510
Mountain View, CA  94040
Telephone:   (650) 428-3900
Facsimile:    (650) 428-3901
Email:         kcurry@gcalaw.com
                   ttierney@gcalaw.com

Attorneys for Plaintiff
JOAN GURASICH

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| JOAN GURASICH,<br><br>              Plaintiffs,<br><br>     v.<br><br>IBM RETIREMENT PLAN;<br>INTERNATIONAL BUSINESS<br>MACHINES CORPORATION;<br><br>              Defendants. | CASE NO.  4:14-cv-02911-DMR<br><br>**JUDGMENT** |

The Court, the Honorable Donna M. Ryu, Magistrate Judge presiding, having fully considered the papers, argument, and evidence presented in favor of, and in opposition to, the Parties' Cross-Motions for Summary Judgment and having rendered an Order on January 29, 2016 Granting in Part and Denying in Part Plaintiff's Motion for Summary Judgment and Granting in Part and Denying in Part Defendants' Motion for Summary Judgment (Docket No. 60);

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Plaintiff Joan Gurasich and against Defendants IBM Retirement Plan and International Business Machines Corporation on Plaintiff's First Cause of Action for

Recovery of Plan Benefits [29 U.S.C. § 1132(a)(1)(B)]. As such, Plaintiff is awarded past due benefits under the IBM Retirement Plan in the amount of $47,966.10. This amount represents $978.90 a month from February 1, 2012 to February 8, 2016 (49 months). Plaintiff is also entitled to future benefits under the IBM Retirement Plan pursuant to the terms of the Plan.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that in light of the Court's judgment in favor of Plaintiff on her First Cause of Action for Plan Benefits, Plaintiff's Second and Third Causes of Action are moot;

IT IS ALSO FURTHER ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Defendants IBM Retirement Plan and International Business Machines Corporation and against Plaintiff on Plaintiff's Fourth Cause of Action for Statutory Penalties Pursuant to 29 USC § 1132(c).

This Court shall retain jurisdiction to review any motions for attorneys' fees, recoverable costs and prejudgment interest.

IT IS SO ORDERED.

Dated: February 11, 2016

_____
HON. DONNA M. RYU
United States Magistrate Judge